PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-po-00289-KJN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE BENCH TRIAL |
| v. | |
| JOHNATHAN MOORE, | DATE:  February 13, 2023 |
| | TIME:  9:00 a.m. |
| Defendant. | JUDGE: Hon. Kendall J. Newman |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, proceeding *pro se*, stipulate as follows:

1. By previous order, this matter was scheduled for a bench trial on February 13, 2023 at 9:00 a.m.

2. On December 21, 2022, the defendant emailed counsel for the government and requested a continuance for trial preparation and pretrial motions.

/ / /

/ / /

/ / /

STIPULATION AND ORDER         1         U.S. V. JOHNATHAN MOORE

3. By this stipulation, the parties now jointly move to continue the bench trial to April 10, 2023 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: January 17, 2023          PHILLIP A. TALBERT
                                 United States Attorney


                           By:   */s/ Alstyn Bennett*
                                 ALSTYN BENNETT
                                 Assistant U.S. Attorney



                                 */s/ Johnathan Moore*
                                 JOHNATHAN MOORE
                                 Defendant
                                 (*Per 01/18/2023 email authorization*)


**FINDINGS AND ORDER**

IT IS SO ORDERED, that the bench trial scheduled for February 13, 2023 is continued to April 10, 2023 at 9:00 a.m.

FOUND AND ORDERED this 18th day of January, 2023.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE