FILED

OCT 12 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOHNATHAN T. MOORE,<br><br>Defendant - Appellant. | No. 23-2198<br><br>D.C. No. 2:22-po-00289-KJN-1<br>Eastern District of California, Sacramento<br><br>ORDER |
|---|---|

Before: S.R. THOMAS, McKEOWN, and HURWITZ, Circuit Judges.

The government's motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 3) is granted. We dismiss this appeal and remand to the district court for further proceedings. *See* 18 U.S.C. § 3402; *United States v. Soolook*, 987 F.2d 574 (9th Cir. 1993).

**DISMISSED and REMANDED.**