| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | DEC 4 2023 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff - Appellee,<br><br>  v.<br><br>JOHNATHAN T. MOORE,<br><br>       Defendant - Appellant. | No. 23-2198<br><br>D.C. No.<br>2:22-po-00289-KJN-1<br>Eastern District of California,<br>Sacramento<br><br>MANDATE |

The judgment of this Court, entered October 12th, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | OCT 12 2023 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

 v.

JOHNATHAN T. MOORE,

       Defendant - Appellant.

No. 23-2198

D.C. No. 2:22-po-00289-KJN-1
Eastern District of California, Sacramento

ORDER

Before:    S.R. THOMAS, McKEOWN, and HURWITZ, Circuit Judges.

The government's motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 3) is granted. We dismiss this appeal and remand to the district court for further proceedings. *See* 18 U.S.C. § 3402; *United States v. Soolook*, 987 F.2d 574 (9th Cir. 1993).

**DISMISSED and REMANDED.**